UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PNC BANK, N.A.,                                          Case No. 14-cv-832-pp

              Plaintiff,

v.

SCHMIDT ROOFING OF KEWASKUM, WI, INC.,
*et al.*,

              Defendants.

---

**ORDER REQUIRING PLAINTIFF TO FILE MOTION ASKING THE COURT TO DISTRIBUTE THE BALANCE OF THE SALE PROCEEDS**

---

On March 16, 2017, the court issued an order requiring, among other things, that successful bidder Ralph D. Vogt deposit with the court $351,000—his purchase price for the property. Dkt. No. 67 at 3. The order further required the clerk's office to disburse $238,405.17 of that amount to the plaintiff, and that the clerk retain the remaining balance of the funds pending further order of the court. Id.

The clerk's office currently retains a balance of $112,594.83. No party has asked the court to disburse this balance, or advised the court as to whom the balance should be disbursed.

The court **ORDERS** that, by the end of the day on **Friday, March 30, 2018**, the plaintiff shall file a motion asking the court to distribute the

1

remaining balance of the proceeds, and explaining to whom those proceeds should be distributed.

Dated in Milwaukee, Wisconsin the 9th day of March, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**