UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PNC BANK, N.A.,

        Plaintiff,

v.                                                                        Case No. 14-cv-832-pp

SCHMIDT ROOFING OF
KEWASKUM, WI, INC., *et al.,*

        Defendants.

**ORDER REGARDING DISTRIBUTION OF SURPLUS PROCEEDS**

        The court confirmed the judicial sale of real estate in this foreclosure case on March 16, 2017, dkt. no. 67, and, on March 9, 2018, ordered the plaintiff to file a motion asking the court to distribute the balance of the sale proceeds, dkt. no. 68. In response to the court's order, the plaintiff filed a motion for an order directing that the surplus funds remain deposited with the Treasurer of the United States or designated depository under 28 U.S.C. §2041. Dkt. No. 69. The plaintiff explained that it had been unable to contact the defendants during the pendency of the litigation and that it had served all parties with the complaint and a copy of its motion. Id. at 2. No junior lienholders or any parties have filed a claim to the surplus funds. Id. at 3.

        The court **ORDERS** that the surplus proceeds shall remain deposited with the U.S. Treasurer or designated depository in the name and to the credit

1

of the court under 28 U.S.C. §2041. The surplus proceeds shall be held consistent with the procedures set forth in 28 U.S.C. §§2041 and 2042.

Dated in Milwaukee, Wisconsin this 3rd day of December, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**